## ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

GATOR.COM CORP, Plaintiff—
Appellant,

v.

L.L. BEAN, INC., Defendant—Appellee.

No. 02–15–35.

United States Court of Appeals,
Ninth Circuit.

April 29, 2004.

## ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit,

* The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit,

except to the extent adopted by the en banc court.

FLAMINGO INDUSTRIES (USA)
LTD.; Arthur Wah, Plaintiffs–
Appellants,

v.

UNITED STATES POSTAL SERVICE, an entity created pursuant to the Postal Reorganization Act, Defendant–Appellee.

No. 01–15963.

United States Court of Appeals,
Ninth Circuit.

April 30, 2004.

George P. Eshoo, Esq., George P. Eshoo & Associates, Redwood City, CA, for Plaintiffs–Appellants.

Patricia J. Kenney, Esq., Office of the U.S. Attorney, San Francisco, CA, Stephan J. Boardman, Esq., U.S. Postal Service, Washington, DC, for Defendant–Appellee.

Before LAY,* THOMPSON, and TALLMAN, Circuit Judges.

sitting by designation.